IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| BORGWARNER, INC., AND <br> BORGWARNER TURBO SYSTEMS, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v | ) <br> ) | |
| HONEYWELL INTERNATIONAL, INC., | ) | CIVIL NO. 1:07 CV 184 |
| Defendant. | ) <br> ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* (#10) of David M. Barkan of the law firm of Fish & Richardson, P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063, to appear as counsel for the plaintiffs in this matter filed on June 20, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that David M. Barkan is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: June 21, 2007

Dennis L. Howell
United States Magistrate Judge