IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., </br> Plaintiffs </br> V </br> HONEYWELL INTERNATIONAL, INC., </br> Defendant. | 1:07 CV 184 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motions for admission *pro hac vice* (#16), (#17) & (#18) of Phillip Chen, Marc H. Cohen and Robert G. Krupka of the law firm of Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, CA 90017, (213) 680-8400 to appear as counsel for the defendant in this matter filed on June 22, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motions are **ALLOWED**, and that Phillip Chen, Marc H. Cohen and Robert G. Krupka are hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: June 26, 2007

Dennis L. Howell
United States Magistrate Judge