IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CIVIL CASE NO. 1:07cv184**

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HONEYWELL INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Stay Proceedings Pending Reexamination of the Patents-in-Suit [Doc. 48], filed on March 21, 2008.

Defendant Honeywell International, Inc. moves to stay the proceedings in this action pending reexamination of the Patents-in-Suit by the United States Patent and Trademark Office (PTO). Defendant filed requests for *ex parte* reexamination of the three Patents-in-Suit with the PTO on March 18, 2008. Defendant argues that there is a "high likelihood that the asserted claims in this litigation will be substantially different, if not

eliminated altogether, as a result of the reexamination." [Defendant's Motion to Stay, Doc. 48 at 1].

Defendant's motion for a stay of these proceedings is premature, as the Defendant's request for a reexamination has not yet been granted by the PTO. It may take as long as three months for the PTO to determine whether a reexamination is even warranted. See 35 U.S.C. § 303(a) ("Within three months following the filing of a request for reexamination . . ., [the PTO] will determine whether a substantial new question of patentability affecting any claim of the patent concerned is raised by the request . . . .").

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Stay Proceedings Pending Reexamination of the Patents-in-Suit [Doc. 48] is **DENIED WITHOUT PREJUDICE**, with leave to re-file the same should the PTO grant Defendant's request for a reexamination of the Patents-in-Suit.

Signed: March 24, 2008

Martin Reidinger
United States District Judge