# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. et al ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HONEYWELL INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's Application For Admission To Practice Pro Hac Vice of attorney Katherine D. Prescott [Doc. 75].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's application is **ALLOWED**, and Katherine D. Prescott is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 25, 2008

Martin Reidinger
United States District Judge