# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )    **O R D E R**<br>) |
| HONEYWELL INTERNATIONAL, INC., | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Plaintiffs' motion for admission of attorney Erin E. Kaiser as counsel *pro hac vice*. [Doc. 77].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Erin E. Kaiser is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: December 29, 2008

Martin Reidinger
United States District Judge