# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| **BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC.,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| **HONEYWELL INTERNATIONAL, INC.,** ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the Plaintiffs' motions for admission of attorneys Corrin N. Drakulich and Stuart M. Rosenberg as counsels *pro hac vice*. [Docs. 81 and 82].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motions [Docs. 81 and 82] are **ALLOWED**, and Corrin N. Drakulich and Stuart M. Rosenberg are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 13, 2009

Martin Reidinger
United States District Judge