# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** ) |
| HONEYWELL INTERNATIONAL, INC., | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File Under Seal [Doc. 98].

For the reasons stated in the Plaintiffs' Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Leave to File Under Seal [Doc. 98] is **ALLOWED** and the Plaintiffs are hereby granted leave to file under seal the following pleadings: (1) the Brief in Support of Plaintiffs' Motion for Summary Judgment; (2) the Declaration of Erin E. Kaiser in Support of Plaintiffs' Motion for Summary Judgment; (3) the Brief in Support of Plaintiffs' Motions to Exclude From Evidence Expert

Testimony of Christopher Reed, John T. Goolkasian, and Brent Robinson; and (4) the Declaration of Katherine D. Prescott in Support of Plaintiffs' Motions to Exclude From Evidence Expert Testimony of Christopher Reed, John T. Goolkasian, and Brent Robinson.

**IT IS SO ORDERED.**

Signed: November 24, 2009

Martin Reidinger
United States District Judge