# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** ) |
| HONEYWELL INTERNATIONAL, INC., | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on Honeywell International, Inc.'s Motion to Seal [Doc. 108].

For the reasons stated in the Defendant's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that Honeywell's Motion to Seal [Doc. 108] is **ALLOWED** and Honeywell is hereby granted leave to file under seal the following pleadings: (1) Honeywell's Brief in support of its Motion for Summary Judgment; (2) Honeywell's Brief in support of its Motion to Exclude Certain Expert Opinions; and (3) the declarations and exhibits in support of the foregoing that are designed "HIGHLY

CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY" under the Protective Order [Doc. 44].

**IT IS SO ORDERED.**

Signed: November 24, 2009

Martin Reidinger
United States District Judge