IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>HONEYWELL INTERNATIONAL, INC., <br><br>Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File Opposition Papers Under Seal [Doc. 127] and the Defendant's Motion to Seal [Doc. 139], filed on December 10, 2009.

For the reasons stated in the parties' motions, and for cause shown, **IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Leave to File Opposition Papers Under Seal [Doc. 127] and the Defendant's Motion to Seal [Doc. 139] are **ALLOWED**, and the parties are hereby granted leave to file the following documents under seal:

(1) BorgWarner's Brief in Opposition to Honeywell's Motion for Summary Judgment;

(2)   Declaration of Stuart M. Rosenberg in Support of BorgWarner's Brief in Opposition to Honeywell's Motion for Summary Judgment;

(3)   Declaration of Dr. Nicholas C. Baines in Support of BorgWarner's Brief in Opposition to Honeywell's Motion for Summary Judgment;

(4)   Declaration of Dr. John K. Thorne in Support of BorgWarner's Brief in Opposition to Honeywell's Motion for Summary Judgment;

(5)   Declaration of Paul Novak in Support of BorgWarner's Brief in Opposition to Honeywell's Motion for Summary Judgment;

(6)   Declaration of Dr. J.C. Poindexter in Support of BorgWarner's Brief in Opposition to Honeywell's Motion for Summary Judgment;

(7)   BorgWarner's Brief in Opposition to Honeywell's Motion to Exclude Certain Expert Opinions;

(8)   Declaration of Corrin N. Drakulich in Support of BorgWarner's Brief in Opposition to Honeywell's Motion to Exclude Certain Expert Opinions;

(9)   Honeywell's Opposition to BorgWarner's Motion for Summary Judgment;

(10)  Honeywell's Opposition to BorgWarner's Motions to Exclude from Evidence Expert Testimony of Christopher Reed, John T. Goolkasian, and Brent Robinson; and

(11)  Declarations and exhibits in support of Honeywell's Opposition briefs that are designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" under the Protective Order.

**IT IS SO ORDERED.**

Signed: December 11, 2009

Martin Reidinger
United States District Judge