IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File Reply Papers Under Seal [Doc. 152], filed on December 21, 2009.

For the reasons stated in the Plaintiffs' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Leave to File Reply Papers Under Seal [Doc. 152] is **ALLOWED**, and the Plaintiffs are hereby granted leave to file the following documents under seal:

(1) BorgWarner's Reply Brief in Support of its Motion for Summary Judgment;
(2) BorgWarner's Reply Brief in Support of its Motions to Exclude From Evidence Expert Testimony of Christopher Reed, John T. Goolkasian, and Brent Robinson; and

(3) Exhibit A to Declaration of Corrin N. Drakulich in Support of BorgWarner's Reply Brief in Support of its Motions to Exclude From Evidence Expert Testimony of Christopher Reed, John T. Goolkasian, and Brent Robinson.

**IT IS SO ORDERED.**

Signed: December 21, 2009

Martin Reidinger
United States District Judge