IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**O R D E R**

**THIS MATTER** is before the Court on Honeywell's Motion to Seal [Doc. 158], filed on December 21, 2009.

For the reasons stated in the Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that Honeywell's Motion to Seal [Doc. 158] is **ALLOWED**, and the Defendant is hereby granted leave to file under seal its Reply in Support of its Motion for Summary Judgment of Invalidity and its Reply in Support of its Motion to Exclude Certain Expert Opinions.

Signed: December 22, 2009

Martin Reidinger
United States District Judge