# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) **O R D E R** |
| HONEYWELL INTERNATIONAL, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Leave to File Documents Under Seal [Doc. 166].

For the reasons stated in the Plaintiffs' Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Leave to File Documents Under Seal [Doc. 166] is **ALLOWED**, and the Plaintiffs are hereby granted leave to file under seal (1) BorgWarner's Motion for Leave to File Revised Expert Reports of Dr. Poindexter and Supporting Memorandum and (2) Exhibits A, B, C, D, E, F, G, and H to BorgWarner's

Motion for Leave to File Revised Expert Reports of Dr. Poindexter and Supporting Memorandum.

**IT IS SO ORDERED.**

Signed: February 25, 2010

Martin Reidinger
United States District Judge