IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** ) |
| HONEYWELL INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal. [Doc. 172].

For the reasons stated in the Defendant's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal [Doc. 172] is **ALLOWED**, and the Defendant is hereby granted leave to file under seal (1) Honeywell's Supplemental Brief in Support of Its Motion to Exclude Certain Expert Opinions and (2) the declaration and exhibits in support of the foregoing that are designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" under the Protective Order.

**IT IS SO ORDERED.**

Signed: April 1, 2010

Martin Reidinger
United States District Judge