# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., </br></br>Plaintiffs,</br></br>vs.</br></br>HONEYWELL INTERNATIONAL, INC.,</br></br>Defendant. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Leave to File Documents Under Seal. [Doc. 176].

For the reasons stated in the Plaintiffs' Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Leave to File Documents Under Seal [Doc. 176] is **ALLOWED**, and the Plaintiffs are hereby granted leave to file under seal (1) BorgWarner's Brief in Opposition to Honeywell's Supplemental Brief Support of Its Motion to Exclude Certain Expert Opinions and (2) Exhibits A-L to the Declaration of Erin E. Kaiser in Support of BorgWarner's Opposition Brief.

**IT IS SO ORDERED.**

Signed: April 13, 2010

Martin Reidinger
United States District Judge