# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission of attorney Leeron G. Kalay as counsel *pro hac vice*. [Doc. 183].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 183] is **ALLOWED**, and Leeron G. Kalay is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 15, 2010

Martin Reidinger
United States District Judge