# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the Defendant's motion for admission of attorney Harper Siems Batts as counsel *pro hac vice*. [Doc. 196].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion [Doc. 196] is **ALLOWED**, and Harper Siems Batts is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 29, 2011

Martin Reidinger
United States District Judge