# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** ) |
| HONEYWELL INTERNATIONAL, INC., | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the Defendant's motion for admission of attorney Gregg LoCascio as counsel *pro hac vice*. [Doc. 195].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion [Doc. 195] is **ALLOWED**, and Gregg LoCascio is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 29, 2011

Martin Reidinger
United States District Judge