IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| HONEYWELL INTERNATIONAL, INC., ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the Defendant's motion for admission of attorney Christopher Nalevanko as counsel *pro hac vice*. [Doc. 192].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion [Doc. 192] is **ALLOWED**, and Christopher Nalevanko is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 29, 2011

Martin Reidinger
United States District Judge