IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on Honeywell's Motion Requesting Juror Information Pursuant to LCvR 47.1(A) [Doc. 240].

Counsel for Honeywell requests a copy of the list of potential jurors who are to be summoned for the May 16, 2011 mixed trial term and, to the extent that juror questionnaires are used in this action, copies of the jurors' responses to those questionnaires. Upon careful review and consideration, the Court will allow Honeywell's motion.

**IT IS, THEREFORE, ORDERED** that Honeywell's Motion Requesting Juror Information Pursuant to LCvR 47.1(A) [Doc. 240] is **GRANTED**. The

Clerk of Court is directed to provide to counsel for both parties the list of potential jurors who have been summoned for the May 16, 2011 mixed trial term.

**IT IS FURTHER ORDERED** that copies of the completed juror questionnaires for these potential jurors will be made available to the parties the morning of jury selection.

**IT IS FURTHER ORDERED** that counsel shall take all reasonable steps necessary to protect the confidentiality of this juror information. Upon conclusion of jury selection in this case, counsel shall return to the Clerk all copies of the prospective juror list, all juror questionnaires and all other juror information obtained.

**IT IS SO ORDERED.**

Signed: May 9, 2011

Martin Reidinger
United States District Judge