UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:07-CV-184-MR-DLH

| | |
|---|---|
| BORGWARNER INC., and<br>BORGWARNER TURBO SYSTEMS INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>    Defendant. | **JOINT PROPOSED VERDICT FORM** |

  Per the Court's Order from the Pre-Trial Conference, attached as Appendix A, please find the parties' proposals for the jury verdict form.

  The parties have reached agreement with respect to the liability verdict form. The parties have not been able to resolve their disputes with respect to the damages instructions. Accordingly, the parties' respective proposals are set forth as redline to the Court's model.

Dated: May 9, 2011         BORGWARNER, INC. AND
                           BORGWARNER TURBO SYSTEMS, INC.

                           By: s/ Leeron G. Kalay
                               Larry S. McDevitt
                               11 North Market Street
                               Asheville, NC 28801
                               Telephone: (828) 258-2991
                               Facsimile: (828) 255-0255
                               OF COUNSEL:
                               FISH & RICHARDSON P.C.

                               David M. Barkan
                               500 Arguello Street, Suite 500
                               Redwood City, CA 94063
                               Telephone: (650) 839-5070
                               Facsimile: (650) 839-5071

                               Joshua A. Griswold
                               1717 Main Street, Suite 5000
                               Dallas, TX 75201
                               Telephone: (214) 747-5070
                               Facsimile: (214) 747-2091

                               Ralph A. Phillips
                               1425 K Street, N.W., Suite 1100
                               Washington, DC 20005
                               Telephone: (202) 783-5070
                               Facsimile: (202) 783-2331

                               Attorneys for Plaintiffs
                               BORGWARNER INC. AND
                               BORGWARNER TURBO
                               SYSTEMS, INC.

                           Attorneys for Plaintiffs
                           BORGWARNER INC. AND
                           BORGWARNER TURBO SYSTEMS
                           INC.

DATED: May 2, 2011                HONEYWELL INTERNATIONAL, INC.

                                                      s/ Marc H. Cohen
Attorneys for Defendant
Robert G. Krupka, P.C. (admitted *pro hac vice*)
Marc H. Cohen (admitted *pro hac vice*)
Gregg F. LoCascio (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
bob.krupka@kirkland.com
marc.cohen@kirkland.com
gregg.locascio@kirkland.com

Attorneys for Defendant
Forrest A. Ferrell (N.C. State Bar # 1439)
SIGMON, CLARK, MACKIE, HUTTON,
HANVEY & FERRELL, P.A.
420-B Third Ave. NW
Hickory, NC 28601
Telephone: (828) 328-2596
Facsimile: (828) 328-6876
Forrest.Ferrell@SigmonClark.com

**Appendix A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER INC. and BORGWARNER TURBO SYSTEMS, INC., )))))<br><br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HONEYWELL INTERNATIONAL, INC., )))))<br><br>Defendant. )))<br>_____ ) | **VERDICT SHEET** |

# U.S. PATENT NO. 6,663,347

**Question 1.**
**Has BorgWarner shown by a preponderance of the evidence that Honeywell infringed the following claims of the '347 patent with any of the groups of products listed below?**

*[A finding of* YES *is a verdict for BorgWarner.*
*A finding of* NO *is a verdict for Honeywell.]*

    **Honeywell Group 1 Products [1]**
- **Claim 1:**    YES _____    NO _____
- **Claim 3:**    YES _____    NO _____
- **Claim 7:**    YES _____    NO _____

    **Honeywell Group 2 Products [2]**
- **Claim 1:**    YES _____    NO _____
- **Claim 3:**    YES _____    NO _____
- **Claim 7:**    YES _____    NO _____

    **Honeywell Group 3 Products [3]**
- **Claim 1:**    YES _____    NO _____
- **Claim 3:**    YES _____    NO _____
- **Claim 7:**    YES _____    NO _____

    **Honeywell Group 4 Products [4]**
- **Claim 1:**    YES _____    NO _____
- **Claim 3:**    YES _____    NO _____
- **Claim 7:**    YES _____    NO _____

**If you answered "yes" for any of the products and claims in Question 1, proceed to Question 2.**

---

[1] Group 1 products are the following cast titanium compressor wheels and turbocharger systems containing these cast titanium compressor wheels: Honeywell Part Nos. 735640-0001, 735647-0001, 735656-0001, 735665-0001, 760290-0001, 760319-0001, 765091-0001, and 766677-0001

[2] Group 2 products are the following cast titanium compressor wheels and turbocharger systems containing these cast titanium compressor wheels: Honeywell Part No. 751284-0001.

[3] Group 3 products are the following cast titanium compressor wheels and turbocharger systems containing these cast titanium compressor wheels: Honeywell Part Nos. 765094-0001 and 767279-0001.

[4] Group 4 products are the following cast titanium compressor wheels and turbocharger systems containing these cast titanium compressor wheels: Honeywell Part Nos. 754921-0001 and 755383-0001.

**If you answered "no" for all of the products and claims in Question 2, skip Question 2 and proceed to Question 3.**

> **Question 2.**
> **Has BorgWarner shown by clear and convincing evidence that Honeywell's infringement of the asserted claims of the '347 patent was willful?**
>
> *[A finding of YES is a verdict for BorgWarner.*
> *A finding of NO is a verdict for Honeywell.]*
>
>    **YES** _____          **NO** _____

**Proceed to Question 3.**

> **Question 3.**
> **Has Honeywell shown by clear and convincing evidence that the following claims of the '347 patent are invalid?**
>
> *[A finding of YES is a verdict for Honeywell.*
> *A finding of NO is a verdict for BorgWarner.]*
>
> - **Claim 1:**   YES _____   NO _____
> - **Claim 3:**   YES _____   NO _____
> - **Claim 7:**   YES _____   NO _____

**Proceed to Question 4.**

**U.S. PATENT NO. 6,629,556**

**Question 4.**
**Has BorgWarner shown by a preponderance of the evidence that Honeywell infringed the following claims of the '556 patent with methods of manufacturing the groups of products listed below or with the following groups of products made by the claimed methods?**

*[A finding of* YES *is a verdict for BorgWarner.*
*A finding of* NO *is a verdict for Honeywell.]*

    **Honeywell Group 1 Products**
-   **Claim 2:**    YES _____    NO _____
-   **Claim 7:**    YES _____    NO _____

    **Honeywell Group 2 Products**
-   **Claim 2:**    YES _____    NO _____
-   **Claim 7:**    YES _____    NO _____

    **Honeywell Group 3 Products**
-   **Claim 2:**    YES _____    NO _____
-   **Claim 7:**    YES _____    NO _____

    **Honeywell Group 4 Products**
-   **Claim 2:**    YES _____    NO _____
-   **Claim 7:**    YES _____    NO _____

**If you answered "yes" for any of the products and claims in Question 4, proceed to Question 5.**

**If you answered "no" for all of the products and claims in Question 4, skip Question 5 and proceed to Question 6.**

**Question 5.**
Has BorgWarner shown by clear and convincing evidence that Honeywell's infringement of the asserted claims of the '556 patent was willful?

*[A finding of YES is a verdict for BorgWarner.
A finding of NO is a verdict for Honeywell.]*

    YES _____        NO _____

**Proceed to Question 6.**

**Question 6.**
Has Honeywell shown by clear and convincing evidence that the following claims of the '556 patent are invalid?

*[A finding of* YES *is a verdict for Honeywell.
A finding of* NO *is a verdict for BorgWarner.]*

- **Claim 2:** YES _____ NO _____
- **Claim 7:** YES _____ NO _____

**Proceed to Question 7.**

## U.S. PATENT NO. 6,904,949

**Question 7.**
Has BorgWarner shown by a preponderance of the evidence that Honeywell infringed the following claims of the '949 patent with methods of manufacturing the groups of products listed below or with the following groups of products made by the claimed methods?

*[A finding of* YES *is a verdict for BorgWarner.
A finding of* NO *is a verdict for Honeywell.]*

 **Honeywell Group 1 Products**
- **Claim 4:** YES _____ NO _____

- **Claim 7:** YES _____ NO _____
- **Claim 10:** YES _____ NO _____

**Honeywell Group 2 Products**
- **Claim 4:** YES _____ NO _____
- **Claim 7:** YES _____ NO _____
- **Claim 10:** YES _____ NO _____

**Honeywell Group 3 Products**
- **Claim 4:** YES _____ NO _____
- **Claim 7:** YES _____ NO _____
- **Claim 10:** YES _____ NO _____

**Honeywell Group 4 Products**
- **Claim 4:** YES _____ NO _____
- **Claim 7:** YES _____ NO _____
- **Claim 10:** YES _____ NO _____

**If you answered "yes" for any of the products and claims in Question 7, proceed to Question 8.**

**If you answered "no" for all of the products and claims in Question 7, skip Question 8 and proceed to Question 9.**

**Question 8.**
**Has BorgWarner shown by clear and convincing evidence that Honeywell's infringement of the asserted claims of the '949 patent was willful?**

*[A finding of YES is a verdict for BorgWarner.*
*A finding of NO is a verdict for Honeywell.]*

YES _____                                    NO _____

**Proceed to Question 9.**

**Question 9.**
**Has Honeywell shown by clear and convincing evidence that the following claims of the '949 patent are invalid?**

*[A finding of YES is a verdict for Honeywell.
A finding of NO is a verdict for BorgWarner.]*

- **Claim 4:**   YES _____   NO _____
- **Claim 7:**   YES _____   NO _____
- **Claim 10:**  YES _____   NO _____


You have now completed your deliberations. Have your foreperson sign the Verdict Sheet and return it to the Court.


**THIS** the _____ day of _____, 2011.


_____
FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| **BORGWARNER INC. and BORGWARNER TURBO SYSTEMS, INC.,** | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) | **DAMAGES VERDICT SHEET** |
| **HONEYWELL INTERNATIONAL, INC.,** | ) ) ) ) |
| Defendant. | ) ) ) |

**[[Borg Warner Proposal]]**

    A.    What amount of lost profits, if any, has BorgWarner shown it more likely than not suffered as a result of sales that it would with reasonable probability have made but for Honeywell's infringement?

    $ _____

    B.    For those infringing sale**s** for which BorgWaner has not proved its entitlement to lost profits, what amount~~, if any,~~ has it proved it is entitled to as a reasonable royalty?

    $ _____


**[[Honeywell Proposal]]**

    ~~A.    What amount of lost profits, if any, has BorgWarner shown it more likely than not suffered as a result of sales that it would with reasonable probability have made but for Honeywell's infringement?~~

    ~~$ _____~~

    ~~B.    For those infringing sale for which BorgWaner has not proved its entitlement to lost profits, what amount, if any, has it proved it is entitled to as a reasonable royalty?~~

    ~~$ _____~~


**Question 1.**
**Has BorgWarner shown by a preponderance of the evidence that, but for Honeywell's infringement, BorgWarner would have made the sales that Honeywell made?**

    **YES _____ NO _____**

**If you answered "yes" to Question 1, proceed to Questions 2 and 3.**

**If you answered "no" to Question 1, skip Questions 2, 3 and 4 and proceed to Question 5.**

> **Question 2.**
> **What is the total amount of lost profits to which BorgWarner is entitled?**
>
> $_____
>
> **Question 3.**
> **Has BorgWarner shown by a preponderance of the evidence that it is entitled to lost profits for convoyed sales of unpatented products?**
>
> Yes_____ No_____

**If you answered "yes" to Question 3, proceed to Question 4.**

**If you answered "no" to Question 3, do not complete any other questions and proceed to the signature block.**

> **Question 4.**
> **Out of the total amount in Question 2, how much of that amount is due to convoyed sales?**
>
> $_____

**Do not complete any other questions and proceed to the signature block.**

**Question 5.**
**For sales for which BorgWaner has not proved its entitlement to lost profits:**

    **(a) What is the royalty base?**

        **Patented Cast Titanium Compressor Wheel _____**
        **Other _____**

    **(b) What is the per unit royalty dollar amount or royalty percentage rate?**

        **$_____**

    **(c) What is the total reasonable royalty to which BorgWarner is entitled?**

        **$_____**


You have now completed your deliberations. Have your foreperson sign the Verdict Sheet and return it to the Court.

    THIS the _____ day of _____, 2011.

                              _____
                              FOREPERSON