IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:07cv184

| | |
|---|---|
| BORGWARNER, INC. and BORGWARNER TURBO SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court *sua sponte* to stay this matter pending further Order of the Court.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** pending further Order of the Court. The trial of this matter will not go forward on May 16, 2011, as previously scheduled.

**IT IS SO ORDERED.**

Signed: May 13, 2011

Martin Reidinger
United States District Judge