UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:07CV184

| | |
|---|---|
| BORGWARNER INC., and<br>BORGWARNER TURBO SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>Defendant. | STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) and (a)(1)(B) the Parties stipulate and agree that this action, including Plaintiffs' claims and Defendant's counterclaims, is dismissed in its entirety with prejudice. It is further stipulated that each party shall bear its own costs and attorneys' fees.

This the 25th day of May, 2011.

| | |
|---|---|
| BORGWARNER INC., and<br>BORGWARNER TURBO SYSTEMS, INC.<br>  Plaintiffs | HONEYWELL INTERNATIONAL, INC.<br>  Defendant |
| By:  s/ Larry McDevitt<br>LARRY McDEVITT<br>THE VAN WINKLE LAW FIRM<br>Attorneys for Plaintiffs<br>P.O. Box 7376<br>Asheville, NC 28802-7376<br>Telephone:  828-258-2991<br>Fax:  828-257-2767<br>Email:  lmcdevitt@vwlawfirm.com | By:  s/ Forrest Ferrell<br>FORREST FERRELL<br>SIGMON, CLARK, MACKIE, HUTTON,<br>HANVEY & FERRELL<br>Attorneys for Defendant<br>P.O. Drawer 1470<br>Hickory, NC 28603<br>Telephone:  828 328 2596<br>Fax: 828-328-6876<br>Email:forrest.ferrell@sigmonclark.com |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE was filed with the Clerk of Court on the 25th day of May, 2011, using ECF, which will send notification of such filing(s) to the following and the document is available for viewing and downloading from ECF:

Christopher Robert Nalevanko    christopher.nalevanko@kirkland.com
Erin C. Kolter    erin.kolter@kirkland.com
Forrest A. Ferrell    forrest.ferrell@sigmonclark.com, angela.mayo@sigmonclark.com
Gregg Francis LoCascio    gregg.locascio@kirkland.com
Harper Siems Batts    harper.batts@kirkland.com
Lov Kumar Goel    lov.goel@kirkland.com
Marc H. Cohen    marc.cohen@kirkland.com, erin.kolter@kirkland.com, jo.bonilla@kirkland.com, julie.bueno@kirkland.com, mary.nguyen@kirkland.com, sean.christofferson@kirkland.com
Matthew James Middleton    matthew.middleton@sigmonclark.com, angela.mayo@sigmonclark.com
Philip Chen    philip.chen@kirkland.com
Robert G. Krupka    bob.krupka@kirkland.com
Zhuanjia Gu    zgu@kirkland.com

s/ Larry McDevitt_____
Larry S. McDevitt

1